**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Howard HARDY, Defendant—Appellant.**

No. 06–6928.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 24, 2006.

Decided: Aug. 31, 2006.

Howard Hardy, Appellant Pro Se. Irvin McCreary Allen, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Howard Hardy appeals the district court's order denying as untimely his motion to withdraw his guilty plea in a 1995 criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hardy*, Case No. 1:95–cr–00156 (E.D.Va. Apr. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*